IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00426-WDM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DIWAN MONTEZ WASHINGTON,

        Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE
AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

---

      THIS MATTER is before the Court on report of the probation officer following a supervised release violation hearing held on May 2, 2006.  The defendant admits to 1, 2, and 3 of the alleged violations of supervised release and the Court finds that the defendant has violated the terms and conditions of supervision.  Accordingly, It is

      ORDERED that the defendant shall be continued on supervised release and that the terms and conditions of supervision be modified as follows:

      The defendant shall reside in a community corrections center for a maximum period of six (6) months, to commence May 2, 2006, and shall observe the rules of that facility.  The defendant may be discharged earlier than 180 days by the Probation Department if the defendant is determined to be in full compliance with all conditions of supervision.  It is

      FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

      DATED at Denver, Colorado, on May 15, 2006.

                                                BY THE COURT:

                                                s/ Walker D. Miller

PDF FINAL

United States District Judge